**Jerome WANT, Plaintiff-Appellant,**

v.

**Steven Mark FREI, Attorney; Sickles, Frei & Mims, Defendants-Appellees.**

No. 17-1229

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2017

Decided: April 25, 2017

Jerome Want, Appellant Pro Se. Laurie Kirkland, BLANKINGSHIP & KEITH, PC, Fairfax, Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Want appeals the district court's orders in this diversity action granting summary judgment for Appellees and declining to issue subpoenas. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Want v. Frei*, No. 1:16-cv-00660-LMB-IDD, 2017 WL 342048 (E.D. Va. Nov. 2, 2016; Jan. 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*